

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00479-CV

———————————————

IN RE MICHAEL EVANGELISTA-YSASAGA, Relator

---

Original Proceeding
153rd District Court of Tarrant County, Texas
Trial Court No. 153-304798-18

---

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: September 30, 2024